UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD ERIC BEHRENS,<br><br>　　　　Defendant. | Case No. 1:19-cr-00044-BLW<br><br>**ORDER** |

　　　　Defendant's trial is scheduled for August 31, 2020. Defendant's trial had previously been continued, without his consent, due to the COVID-19 pandemic and the Court's inability to call a jury. Due to Defendant's right to a speedy trial the Court cannot delay the trial in this matter further.

　　　　Idaho is in Phase 3 of the Governor's reopening plan, which allows gatherings of up to 50 people, allowing the Court to empanel a jury. However, community transmission of coronavirus is still occurring in Idaho.

　　　　Pursuant to 28 U.S.C. § 1871(e), and to protect the health and safety of the jurors during trial, the Court will order the jury's partial sequestration. The jurors will be instructed to remain within the courthouse during the trial day to reduce the risk of infection. Further, due to this partial sequestration, the Clerk shall procure

1 – ORDER

such meals as necessary to sustain the jurors during the course of trial.

## ORDER

**IT IS ORDERED that**:

1. The jury shall be partially sequestered throughout trial to protect their health and safety. The jurors shall not leave the courthouse during the trial day.

2. Pursuant to 28 U.S.C. § 1871(e), the Clerk shall procure such meals as necessary to sustain the jurors during the course of trial.

DATED: August 27, 2020

_____
B. Lynn Winmill
U.S. District Court Judge

2 – ORDER